AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| S.H., et al., *Plaintiff* <br> v. <br> District of Columbia, et al, *Defendant* | Case No. 1:14-cv-1317 (RDM) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

S.H., et al (Plaintiff)

Date: 11/28/2017

*Attorney's signature*

Premal Dharia, DC Bar No. 484091
*Printed name and bar number*
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006

*Address*

premal@civilrightscorps.org
*E-mail address*

(202) 780-7594
*Telephone number*

*FAX number*